Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chanel, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OOH LA LA BOUTIQUE, an unknown business entity; TOMMY GOMEZ, an individual; KASIA DE GELAQUE, a Florida Corporation; KATARZYNA BATTILLO, an individual; and DOES 1-10, inclusive<br><br>Defendant. | CASE NO. 2:16-cv-01572-BRO-RAO<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. Beverly Reid O'Connell** |

**WHEREAS Plaintiff Chanel, Inc.** ("Chanel") having filed a Complaint in this action charging **Defendants** Ooh La La Boutique and Tommy Gomez (hereinafter, collectively "Defendants") with Trademark Counterfeiting, Trademark Infringement, False Designations of Origin, Trademark Dilution, Unfair Competition, and related state law claims arising from Defendants' unauthorized manufacture, production, distribution, advertisement, offering for sale, and/or sale of apparel bearing unauthorized reproductions of the Chanel Marks (defined below), and the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and the parties hereto desiring to fully settle all of the claims in this action

among the parties to this Consent Judgment; Defendants have agreed to consent to the below terms of a permanent injunction:

**IT IS HEREBY ORDERED THAT**:

1. This Court has jurisdiction over the parties to this Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Chanel is the owner of the entire right, title and interest in and to the "Chanel Marks" set forth below.

| **Trademark** | **U.S. Reg. No.** | **Registration Date** | **Class(es)/Goods** |
|---|---|---|---|
| CHANEL | 3,133,139* | August 22, 2006 | Class 14: Jewelry and Watches |
| CHANEL | 3,134,695* | September 1, 2004 | Class 25: Sun Visors, Swimwear, Stockings, and Socks |
| CHANEL | 1,348,842* | July 16, 1985 | Class 3: Full Line of Perfumery, Cosmetics and Toiletries |
| CHANEL | 1,263,845* | January 10, 1984 | Class 42: Retail Store Services in the Field of Clothing and Accessories |
| CHANEL | 1,241,265* | June 7, 1983 | Class 25: Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Coats, Raincoats, Scarves, Shoes, and Boots |
| CHANEL | 1,177,400* | November 10, 1981 | Class 25: Hats, Shawls, and Belts |
| CHANEL | 0,906,262* | January 19, 1971 | Class 25: Coats, Suits, Blouses and Scarves |
| CHANEL | 0,915,139* | June 15, 1971 | Class 25: Women's Shoes |

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| CHANEL | 0,902,190* | November 10, 1970 | Class 14: Bracelets, Pins and Earrings |
| CHANEL | 0,510,992* | June 14, 1949 | Class 3: Perfume, Eau De Cologne, Eau De Toilette, Face Powder, Bath Powder, Lipsticks |
| (CC logo) | 1,501,898* | August 30, 1988 | Class 14: Costume Jewelry<br><br>Class 25: Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties |
|  | 1,293,398* | September 4, 1984 | Class 42: Retail Store Services in the Field of Ready-to-Wear Clothing |
| (CC logo) | 4,241,822 | November 13, 2012 | Class 25: Clothing, namely, Coats, Jackets, Dresses, Tops, Blouses, Sweaters, Cardigans, Skirts, Vests, Pants, Jeans, Belts, Swimwear, Pareos, Beach Cover-Ups, Hats, Sun Visors, Scarves, Shawls, Ties, Gloves, Footwear, Hosiery and Socks |
|  | 4,505,433 | April 1, 2014 | Class 3: Cosmetics, Non-Medicated Skin Care Preparations, Perfumery |
|  | 0,195,359* | February 24, 1925 | Class 3: Face Powder, Perfume, Eau De Cologne, Toilet Water, Lipstick, and Rouge |
| (CC logo in circle) | 1,241,264* | June 7, 1983 | Class 25: Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, |

| | | | |
|---|---|---|---|
| | | | Cardigans, Tee-Shirts, Coats, Raincoats, Scarves, Shoes and Boots |
| | 1,271,876* | March 27, 1984 | Class 25: Clothing, namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers and Shoes |
| | 4,105,557 | February 28, 2012 | Class 35: Retail Store and On-Line Retail Store Services Featuring Perfumery, Cosmetics and Skin Care Preparations |
| CHANEL ⓒ | 1,329,750* | March 9, 1985 | Class 25: Blouses, Skirts, Sweaters, Cardigans, Dresses |
| CHANEL N°5 | 0,701,978* | July 26, 1960 | Class 3: Perfume and Bath Powder |
| N° 5 | 0,215,556 | July 20, 1926 | Class 3: Perfume and Toilet Water |
| | 0,233,407 | September 27, 1927 | Class 3: Perfume, Toilet Water |
| | 0,422,335* | July 16, 1946 | Class 3: Perfume, Toilet Water, Bath Powder |
| N°5 | 1,171,888* | October 6, 1981 | Class 3: Perfume, Spray Perfume, Toilet Water, Bath Powder, Body Lotion, Perfumed Body Cream, Toilet Soap |

**ORDER**

1        3.    Chanel has alleged that Defendants' purchase, importation, distribution, advertisement, offering for sale, and sale of products which infringe upon the Chanel Marks ("Accused Products") constitute trademark infringement, trademark dilution, and unfair competition under the Lanham Trademark Act, and under the common law.

      4.    Defendants and their agents, servants, employees and all entities and/or persons in active concert and participation with them who receive actual notice of this Consent Judgment are hereby permanently restrained and enjoined from infringing upon the Chanel Marks either directly or contributorily in any manner, including:

      (a)    Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing the Accused Products as well as any goods bearing a mark or feature identical and/or confusingly similar to the Chanel Marks;

      (b)    Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner the Accused Products;

      (c)    Using the Chanel Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise which are not genuine products of Chanel, or in any manner likely to cause others to believe that Defendants' products are connected with Chanel or Chanel's genuine merchandise;

      (d)    Committing any other acts calculated to cause purchasers to believe that Defendants' products are Chanel's genuine merchandise or associated with Chanel in any way;

      (e)    Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(d) above.

      5.    The parties shall bear their own costs and attorneys' fees associated with this action.

6. The execution of this Consent Judgment shall serve to bind and obligate the parties hereto.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, Chanel's claims against Defendants are fully resolved and Defendants Ooh La La Boutique and Tommy Gomez are dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: October 6, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE